Matter of Vouri-Misso (2024 NY Slip Op 03924)

Matter of Vouri-Misso

2024 NY Slip Op 03924

Decided on July 25, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 25, 2024

PM-147-24
[*1]In the Matter of Kathryn Christine Vouri-Misso, an Attorney. (Attorney Registration No. 5778337.)

Calendar Date:July 22, 2024

Before:Garry, P.J., Pritzker, Reynolds Fitzgerald, Fisher and Powers, JJ.

Kathryn Christine Vouri-Misso, Washington, DC, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Kathryn Christine Vouri-Misso was admitted to practice by this Court in 2020 and lists a business address in Onondaga County with the Office of Court Administration. Vouri-Misso now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Vouri-Misso's application.
Upon reading Vouri-Misso's affidavit sworn to May 29, 2024 and filed June 3, 2024, and upon reading the July 18, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Vouri-Misso is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Pritzker, Reynolds Fitzgerald, Fisher and Powers, JJ., concur.
ORDERED that Kathryn Christine Vouri-Misso's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Kathryn Christine Vouri-Misso's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Kathryn Christine Vouri-Misso is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Vouri-Misso is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Kathryn Christine Vouri-Misso shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.